# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| LEVON L. JENNINGS | CIVIL ACTION NO. 19-1525 |
|---|---|
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| DUANE COOKSON, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 6] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Levon L. Jennings' false-arrest claim, perjury claim, and defamation claim against Defendant Duane Cookson are **STAYED** under the following conditions:

> a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;
>
> b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;
>
> c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and
>
> d. Defendant shall not be required to answer these particular claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Assistant District Attorney Farshian Charlotte and Judge Stephens Winters are

**DISMISSED WITH PREJUDICE** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief against defendants immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request to dismiss his charge is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state-court remedies.

MONROE, LOUISIANA, this 10th day of February, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE